DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. COLLINS

No. 510P88.

Case below: 91 N.C. App. 445.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 8 December 1988.

STATE v. ELLIOTT

No. 321P88.

Case below: 90 N.C. App. 610.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed 8 December 1988.

STATE v. EMERY

No. 383P88.

Case below: 91 N.C. App. 24.

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

STATE v. HENSLEY

No. 473P88.

Case below: 91 N.C. App. 282.

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 December 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 December 1988.

STATE v. PEARSON

No. 238P88.

Case below: 89 N.C. App. 620.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 8 December 1988.